FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2015

No. 04-14-00791-CV

Michael Thomas **PAUL**,
Appellant

v.

**GREG ABBOT ATTORNEY GENERAL FOR THE STATE OF TEXAS**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-16843
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Appellant's amended motion for extension of time to file his brief and to waive all costs of appeal is DENIED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court